**Dushan Stephan NICKOLICH, II, Plaintiff—Appellant,**

v.

**Richard ROWE, Defendant—Appellee.**

No. 10–17623.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 12, 2012.

Dushan Stephan Nickolich, II, Phoenix, AZ, pro se.

Daniel Patrick Schaack, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Defendant–Appellee.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Dushan Stephan Nickolich, II, an Arizona state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that Rowe was deliberately indifferent to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment on Nickolich's Eighth Amendment claim because Nickolich failed to raise a genuine dispute of material fact as to whether Rowe's failure to diagnose diabetes constituted deliberate indifference. *See id.* at 1057–58 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to an inmate's health and safety; a difference of medical opinion about the best course of medical treatment does not amount to deliberate indifference).

Nickolich's remaining contentions are unpersuasive.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

